# 14-14888

FILED

2014 JUL 30 PM 12: 55

CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO
CLEVELAND

JUDGE MORGENSTERN-CLARREN

Certificate Number: 15725-OHN-CC-023892831



15725-OHN-CC-023892831

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>July 28, 2014</u>, at <u>10:35</u> o'clock <u>PM EDT</u>, <u>Charles Murphy</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Ohio</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>July 29, 2014</u>            By:    <u>/s/Jai Bhatt</u>

                                     Name:  <u>Jai Bhatt</u>

                                     Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).