# COVER SHEET

DEBTOR: Charles T. Murphy

CASE #: 14-14888     JUDGE: Pat E. Morganstern-Clarren

I AM SUBMITTING THE FOLLOWING DOCUMENTS:

Deed to real estate

Employee income records

FILED
2014 AUG -6 PM 1:32
U.S. BANKRUPTCY COURT
NORTHERN DIST OF OHIO
CLEVELAND

SIGNATURE: [signature]     DATE: 8/6/14

PHONE NUMBER: 440-479-5507



After Recording Mail To:
Sovereign Title Agency, LLC
5603 Darrow Rd., Suite 200
Hudson, OH 44236

CUYAHOGA COUNTY RECORDER
-------------------- 2
DEED 6/27/2008 3:54:07 PM
**200806271150**

Permanent Parcel No. 701-26-013

## LIMITED WARRANTY DEED

KNOWN ALL MEN BY THESE PRESENTS, Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass-Through Certificates, Quest Trust Series 2005-X1 Under The Pooling and Servicing Agreement Dated as of March 1, 2005, GRANTOR(S),

For the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable consideration received to its full satisfaction of

**Charles Timothy Murphy, III, a single man**, whose tax mailing address is 855 S Green Rd., South Euclid, OH 44121, GRANTEE(S),

DOES HEREBY give, grant, bargain, sell and convey with limited warranty covenants unto the said GRANTEE(S), his / her / their heirs and assigns, all of its right, title and interest in Auditor's Permanent Parcel No. **701-26-013**, and more particularly described as follows:

Situated in the City of South Euclid, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 13 in South Euclid Parkview Subdivision of a part of Original Euclid Township Lot No. 28, Tract No. 6, as shown by the recorded plat in Volume 131 of Maps, Page 114 of Cuyahoga County Records, and being 50 feet front on the northeasterly side of Green Road, and extending back of equal width 200 feet, as appears by said plat, be the same more or less, but subject to all legal highways.

**Prior Deed Reference: Filed Oct. 5, 2007 as Instrument No. 200710050864**

MORE commonly known as: **855 S Green Rd, South Euclid, OH 44121**, together with all appurtenant rights, privileges and easements thereunto belonging (hereinafter referred to as the "Premises"),

SUBJECT TO (1) taxes and assessments which are a lien, but not yet due and payable and (2) any Restrictions, Conditions, Covenants, Rights, Rights of Way, and Easements now of record

TO HAVE AND TO HOLD the above granted and bargained premises, with the appurtenances thereof, unto the said GRANTEE(S), his / her / their heirs and assigns forever.

Sov. File No. 07005949

Executed this ___23rd___ day of _____June_____, 2008

**Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass-Through Certificates, Quest Trust Series 2005-X1 Under The Pooling and Servicing Agreement Dated as of March 1, 2005**
**By: Citi Residential Lending, Inc., as Attorney in Fact**

By: ___/s/___
    Everett Kellis
Its: ___Vice President___

**STATE OF** Illinois    )
**COUNTY OF** Cook    ) ss

The foregoing instrument was acknowledged before me this ___23rd___ day of ___June___, 2008, by ___Everett Kellis___, the ___Vice President___ of **Citi Residential Lending, Inc.**, as Attorney in Fact for Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities Inc., Asset Backed Pass-Through Certificates, Quest Trust Series 2005-X1 Under The Pooling and Servicing Agreement Dated as of March 1, 2005, the Grantor in the foregoing deed.

**NOTARY STAMP/SEAL**

___/s/___
NOTARY PUBLIC
My Commission Expires: ___11/27/2011___

OFFICIAL SEAL
OLGA KOMOVA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/27/11

This instrument was prepared by:

Martin T. Newman, Esq.
5603 Darrow Road, Ste. 200
Hudson, Ohio 44236
Phone 330-342-0625

***POA filed in Cuyahoga Co. on Oct. 11, 2007
As Instrument No. 200710111066***

Permanent Parcel #: 701-26-013

| | |
|---|---|
| Type Instrument: Limited Warranty | Date: 6/27/2008 3:43:00 PM |
| Tax District #: 3330 | Tax List Year: 2008 |
| Grantor: DEUTSCHE BANK NATIONAL T | Land Use Code: 5100 |
| Grantee: MURPHY, CHARLES TIMOTHY | Land Value: 22,400 |
| Balance Assumed: $ 0.00 | Building Value: 59,300 |
| Total Consideration: $ 42,500.00 | Total Value: 81,700 |
| Conv. Fee Paid: $ 170.00 | Arms Length Sale: YES |
| Transfer Fee Paid: $ 0.50 | Rcpt: c-06272008-13 |
| Fee Paid by: Revere Title | Inst #: 355167 |
| Exempt Code: | Check #: |

Sov. File No. 07005949

*Frank Russo*
CUYAHOGA COUNTY AUDITOR

FILED
2014 AUG -6 PM 1:32
CLERK
U.S. BANKRUPTCY
NORTHERN DIST OF OHIO
CLEVELAND

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
(CLEVELAND)

IN RE:                          CASE NO. 14-14888

      **CHARLES T. MURPHY**            CHAPTER 7

                     Debtor.

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(a)(1))

**I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:**

☐ I was unemployed; or
☑ I am self-employed; or
☐ My employer did not provide pay stubs.

☑ Other
*I received only the one attached pay stub in the period preceding the filing.*

Dated: 8/6/14                       _____
                                                        Debtor

Pay stub for Charles T. Murphy II

Case No. 14-14888

[Business Name]
[DBA]
[Business Address]
[Business City/State/Zip]

[Employee Name]
[Employee ID Number]
[Employee Address]
[Employee City/State/Zip]

FILED
2014 AUG -6 PM 1:33
CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO
CLEVELAND

| Description | Rate | Hours | Earnings | Year to Date |
|---|---|---|---|---|
| Regular Earnings | $0.00 | 0.00 | $2,400.00 | $2,400.00 |
| Overtime Earnings | $0.00 | 0.00 | $0.00 | $0.00 |
| Back Pay | $0.00 | 0.00 | $0.00 | $0.00 |
| Holiday Earnings | $0.00 | 0.00 | $0.00 | $0.00 |
| Vacation Earnings | $0.00 | 0.00 | $0.00 | $0.00 |
| Gross Earnings | | | $2,400.00 | $2,400.00 |

| | Deductions | Year to Date |
|---|---|---|
| Federal Tax | $299.12 | $299.12 |
| State Tax | $56.80 | $56.80 |
| Local Tax | $48.00 | $48.00 |
| SS Tax | $148.80 | $148.80 |
| Medicare Tax | $34.80 | $34.80 |
| | | |
| SS (Employer) | $148.80 | $148.80 |
| Med (Employer) | $34.80 | $34.80 |
| Net Pay | $1,812.48 | $1,812.48 |

| | Taxes | Year to Date |
|---|---|---|
| Federal Tax | $299.12 | $299.12 |
| SS Tax | $297.60 | $297.60 |
| Medicare Tax | $69.60 | $69.60 |
| Total Federal | $666.32 | $666.32 |
| State Tax | $56.80 | $56.80 |
| Local Tax | $48.00 | $48.00 |
| Total Tax | $771.12 | $771.12 |
| EFTPS Number | | 270461072613985 |

| Pay Date | Earnings | Taxes | Deductions | Deposit Number | Check Amount |
|---|---|---|---|---|---|
| 07/28/14 | $2,400.00 | $587.52 | $587.52 | | $1,812.48 |
| Year to Date | $2,400.00 | $587.52 | $587.52 | | $1,812.48 |