# CERTIFICATE OF SERVICE

I certify that on August 14, 2014, a true and correct copy of Charles T. Murphy's First Amended Schedule I, First Amended Schedule J, First Amended Summary of Schedules, First Amended Statistical Summary, and First Amended Declaration Concerning Debtor's Schedules were served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Marvin A. Sicherman, on behalf of the Chapter 7 Trustee's office at

sicherman_trustee@dsb-law.com and msicherman@ecf.epiqsystems.com

Charles T. Murphy
855 South Green Road
South Euclid, Ohio 44121
Phone: (440) 479-5507
Pro Se Debtor

FILED 2014 AUG 14 PM 2:03 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OHIO