# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 14-14888-pmc |
| CHARLES TIMOTHY MURPHY, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Wesley A. Johnston, hereby gives notice of his appearance in this case on behalf of Charles Timothy Murphy and does hereby request that all notices required to be give under Bankruptcy Rule 2002 that, but for this request, would be provided to the debtor, instead be provided to him through the CM/ECF system.

Charles Timothy Murphy hereby further notifies all parties of interest in this case that it is represented by the undersigned attorney and requests that the Clerk of the Court place the undersigned attorney on any Master Service List in this case. The Clerk of the Court and all counsel of record are requested to direct all communications to the undersigned attorney at the address, telephone, or fax number set forth below.

    /s/ Wesley A. Johnston
Wesley A. Johnston (0061166)
1714 Boardman Poland Road Suite #9
Poland, Ohio 44514
Phone: (330) 746-6301
Fax: (330) 743-3559
Email: wesleyajohnston@gmail.com
Attorney for Charles Timothy Murphy

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing instrument has been served upon counsel electronically:

On this 17th day of September, 2014

                                            /s/ Wesley A. Johnston
                                            Wesley A. Johnston
                                            Attorney for Charles Timothy Murphy