**CERTIFICATE OF SERVICE**

I certify that on September 29, 2014, a true and correct copy of Charles T. Murphy III's Second Amended Schedule J, Second Amended Summary of Schedules, Second Amended Statistical Summary, and Second Amended Declaration Concerning Debtor's Schedules were served:

Marvin A. Sicherman, on behalf of the Chapter 7 Trustee's office via the ECF system at sicherman_trustee@dsb-law.com and

msicherman@ecf.epiqsystems.com

    /s/ Wesley A. Johnston
Wesley A. Johnston (0061166)
1714 Boardman Poland Road Suite #9
Poland, Ohio 44514
Phone: (330) 746-6301
Fax: (330) 743-3559
Email: wesleyajohnston@gmail.com
Attorney for Charles Timothy Murphy