# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 14-14888 |
| | ) |
| Charles Timothy Murphy | ) Chapter 7 |
| | ) |
| Debtor | ) Judge: Pat E. Morgenstern-Clarren |
| | ) |

## REQUEST FOR NOTICE TO CREDITORS

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

It appears to the Trustee that there will be assets for distribution in the above-captioned Debtors' case. Please issue notice to the creditors to file claims.

/s/ Marvin A. Sicherman
Marvin A. Sicherman, Trustee
1801 East Ninth Street, Suite 1100
Cleveland, OH 44114-3169
Phone: (216) 696-6000
Fax: (216) 696-3338
email: msicherman@dsb-law.com