# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 14-14888 | PMC | Judge: | Pat E. Morgenstern-Clarren | Trustee Name: | MARVIN A. SICHERMAN |
|---|---|---|---|---|---|---|
| Case Name: | Charles Timothy Murphy | | | | Date Filed (f) or Converted (c): | 07/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | 09/08/2014 |
| For Period Ending: | 10/10/2014 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 855 South Green Road, South Euclid, Ohio, 44121 | 55,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 19.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account - Huntington National Bank | 374.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods & Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Books | 100.00 | 0.00 | | 0.00 | FA |
| 6. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Murphy's Law Practice LLC | 1,136.00 | 0.00 | | 0.00 | FA |
| 8. 2013 Mazda 3 | 16,425.00 | 0.00 | | 0.00 | FA |
| 9. Desk and computer | 500.00 | 0.00 | | 0.00 | FA |
| 10. Debtor's interest in pending cases in excess of value of Mur | 2,372.33 | 2,372.33 | | 0.00 | 2,372.33 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $78,926.33 | $2,372.33 | | $0.00 | $2,372.33 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/10/14 Compromise claim with Debtor and resolve claims

Initial Projected Date of Final Report (TFR): 07/30/2015    Current Projected Date of Final Report (TFR): 07/30/2015

Trustee Signature:    /s/ MARVIN A. SICHERMAN    Date: 10/10/2014
MARVIN A. SICHERMAN
1801 East 9th Street - Suite 1100
Cleveland, OH  44114-3169
(216) 696-6000
msicherman@dsb-law.com