# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  14-14888-PMC |
| | ) | |
| Charles Timothy Murphy | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor | ) | Judge: Pat E. Morgenstern-Clarren |

## MOTION OF TRUSTEE FOR AUTHORITY TO SERVE AS HIS OWN COUNSEL

Marvin A. Sicherman respectfully represents to the Court that he is the duly appointed, qualified and acting Trustee in the within case under Title 11 of the U. S. Code and that there appears to be assets belonging to the within estate which must be administered and disposed of by the Trustee.

Your Trustee further represents that it is necessary that he employ counsel to represent him in administering and disposing of such assets, recovering assets of the estate, objecting to allowance of claims, conducting examinations under Rule 2004 to the extent required and investigating into matters related to the foregoing, including specifically the pleadings to compromise with Debtor as relates to pending legal cases in which Debtor is counsel.  It would reduce the costs and expenses of administration if the Trustee and his law firm were authorized to serve as Counsel for the Trustee in this case under Title 11 of the U. S. Code.

Your Trustee further represents that he and his law firm, Dettelbach, Sicherman & Baumgart, and the members and associates thereof, represent no interest adverse to that of the within estate, that he and his law firm are "disinterested persons" as that term is defined in Section 101(14) of the Bankruptcy Code, are qualified to act as attorneys in this case, and that

pursuant to Section 327(d) of the Bankruptcy Code, it would be in the best interest of the within estate to authorize the Trustee and members and associates of his law firm to serve as the attorneys in this case under Title 11 of the U. S. Code.

The law firm of Dettelbach, Sicherman & Baumgart (the "Firm") shall be compensated by the Trustee at the Firm's regular and customary hourly rates, and only upon the filing and approval of a fee application by the Firm. The current hourly rates to be charged by the Firm which are reviewed and adjusted on an annual basis are as follows:

| | |
|---|---|
| Marvin A. Sicherman: | $400.00 |
| Richard A. Baumgart: | $400.00 |
| Robert D. Barr: | $315.00 |
| Patrick A. Hruby: | $240.00 |

WHEREFORE, your Trustee prays that he and his law firm may be authorized to serve as attorneys in this case under Title 11 of the U. S. Code.

/s/Marvin A. Sicherman
Marvin A. Sicherman, Trustee
DETTELBACH, SICHERMAN & BAUMGART
1801 East Ninth Street, Suite 1100
Cleveland, OH 44114-3169
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: msicherman@dsb-law.com

## **NOTICE**

Pursuant to Local Bankruptcy Rule 9013-1, any objection to this application must be filed within 14 days from the date of service as set forth on the certificate of service. If no response or objection is timely filed, the Court is authorized to grant the relief requested without further notice.

/s/Marvin A. Sicherman, Trustee

## **CERTIFICATE OF SERVICE**

I certify that on October 13, 2014, a true and correct copy of the foregoing Motion with the Affidavit attached thereto, was served via the court's Electronic Case Filing System on these individuals who are listed on the Court's Electronic Mail Notice List:

Unites States Trustee at David.Kozlowski@usdoj.gov

/s/Marvin A. Sicherman
Marvin A. Sicherman, Trustee
1801 E. Ninth Street, Suite 1100
Cleveland, OH 44114
Phone: (216) 696-6000
Fax: (216) 696-3338
Email: msicherman@dsb-law.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-14888-PMC |
| | ) | |
| Charles Timothy Murphy | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor | ) | Judge: Pat E. Morgenstern-Clarren |

## AFFIDAVIT AND VERIFIED STATEMENT PURSUANT TO RULES 5002 AND 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Marvin A. Sicherman, being first duly sworn, deposes and states as follows:

1. He makes this Verified Statement pursuant to the provisions of Section 327(a) and (c) of the Bankruptcy Code regarding the employment of professional persons by the trustee, and in light of the restrictions and requirements imposed thereon by Rules 2014(a) and 5002 of the Federal Rules of Bankruptcy Procedure.

2. This verified statement supplements the disclosures contained in and accompanying the motion of Trustee for Authority to Serve as Attorney filed with this Court.

3. This Verified Statement is to affirm to this Court that neither Affiant, nor any person with whom he is associated in the practice of law is a relative by blood or marriage of any Bankruptcy Judge of the Northern District of Ohio, and that he is not now nor has he ever been so connected with any such Judge as to render his appointment or the Court's approval of his employment as Attorney in the above-captioned matter improper.

4. This Verified Statement is to further affirm to this Court that neither Affiant, nor any person with whom he is associated in the practice of law, is connected with the debtor, creditors, or any other party in interest or their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

5. Further, this Verified Statement is to fully disclose to the Court matters that might be considered by any party to create any issue or claim of conflict or lack of being a disinterested party, as relates to his law firm acting as counsel in this case and to disclose to the Court that the only fees and expenses to be paid to Affiant shall be those allowed pursuant to order of this Court, with none of such fees or expenses to be shared with third parties other than the members and associates of Affiant's law firm.

_____
Marvin A. Sicherman

SWORN TO BEFORE ME and subscribed in my presence on _October 13, 2014_

_____
NOTARY PUBLIC

NOTARY
SHERRY A. COLOM[...]
MY COMMISSION EX[...]
July 29, 2017

