B 6F (Official Form 6F) (12/07)

In re  MURPHY, CHARLES TIMOTHY ,  Case No. 14-14888
         **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4790<br><br>DISCOVER FIN<br>P.O. BOX 6103<br>CAROL STREAM, IL 60197 | | | Incurred: 4/2004<br>Consideration: CREDIT CARD | | | | 9,300.00 |
| ACCOUNT NO. 0899<br><br>CAP ONE<br>P.O. BOX 6492<br>CAROL STREAM, IL 60197 | | | Incurred: 3/2001<br>Consideration: CREDIT CARD | | | | 7,354.00 |
| ACCOUNT NO. 7552<br><br>BK OF AMER<br>P.O. BOX 15019<br>WILIMINGTON, DE 19886 | | | Incurred: 3/2004<br>Consideration: CREDIT CARD | | | | 6,240.00 |
| ACCOUNT NO. 8860<br><br>CHASE<br>P.O. BOX 15153<br>WILMINGTON, DE 19886 | | | Incurred: 12/2007<br>Consideration: CREDIT CARD | | | | 4,056.00 |

                                                                             Subtotal➤    $    26,950.00

__4__ continuation sheets attached                                                Total➤    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  MURPHY, CHARLES TIMOTHY        ,        Case No.  14-14888
            **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2211<br><br>CITI<br>P.O. BOX 6500<br>SIOUX FALLS, SD 57117 | | | Incurred: 11/2013<br>Consideration: CREDIT CARD | | | | 2,701.00 |
| ACCOUNT NO. 3398<br><br>THD/CBNA<br>P.O. BOX 790328<br>ST. LOUIS, MO 63179 | | | Incurred: 9/2004<br>Consideration: CREDIT CARD | | | | 305.00 |
| ACCOUNT NO. 5371<br><br>CSU PARKING SERVICES<br>2121 EUCLID AVENUE EC 160<br>CLEVELAND, OH 44115 | | | Incurred: 2/2013<br>Consideration: FINES | | | | 60.00 |
| ACCOUNT NO. BA01<br><br>GL LOAN SERVICING<br>400 FIFTH AVENUE # 600<br>WALTHAM, MA 02451 | | | Incurred: 3/2013<br>Consideration:<br>PERSONAL LOAN | | | | 17,117.00 |
| ACCOUNT NO. 7281240000<br><br>CLEVELAND DIVISON OF WATER<br>P.O. BOX 94540<br>CLEVELAND, OH 44101 | | | Incurred: 7/2014<br>Consideration: WATER BILL | | | | 211.00 |

Sheet no. 1 of 4 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 20,394.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  MURPHY, CHARLES TIMOTHY          ,          Case No.  14-14888
         **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2103350002<br><br>NORTHEAST OHIO REGIONAL SEWER DISTRICT<br>P.O. BOX 94550<br>CLEVELAND, OHIO 44101 | | | Incurred: 7/2014<br>Consideration: SEWER BILL | | | | 258.00 |
| ACCOUNT NO. 1750<br><br>SALLE MAE, INC.<br>P. O. BOX 9533<br>WILKES-BARRE, PA 18773 | | | Incurred: 4/2006<br>Consideration: STUDENT LOAN CONSOLIDATION | | | | 889.00 |
| ACCOUNT NO. 1750<br><br>SALLE MAE, INC.<br>P. O. BOX 9533<br>WILKES-BARRE, PA 18773 | | | Incurred: 4/2006<br>Consideration: STUDENT LOAN CONSOLIDATION | | | | 17,282.00 |
| ACCOUNT NO. 5272<br><br>U.S. DEPT OF ED.<br>FEDLOAN SERVICING<br>P.O. BOX 530210<br>ATLANTA, GA 30353 | | | Incurred: 8/2012<br>Consideration: DIRECT STUDENT PLUS LOAN | | | | 19,442.00 |
| ACCOUNT NO. 5272<br><br>U.S. DEPT OF ED.<br>FEDLOAN SERVICING<br>P.O. BOX 530210<br>ATLANTA, GA 30353 | | | Incurred: 8/2012<br>Consideration: DIRECT STAFFORD LOAN | | | | 21,979.00 |

Sheet no. __2__ of __4__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $ 59,850.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   MURPHY, CHARLES TIMOTHY          ,        Case No.   14-14888
         **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5272<br>U.S. DEPT OF ED.<br>FEDLOAN SERVICING<br>P.O. BOX 530210<br>ATLANTA, GA 30353 | | | Incurred: 5/2012<br>Consideration: DIRECT STUDENT PLUS LOAN | | | | 11,603.00 |
| ACCOUNT NO. 5272<br>U.S. DEPT OF ED.<br>FEDLOAN SERVICING<br>P.O. BOX 530210<br>ATLANTA, GA 30353 | | | Incurred: 8/2011<br>Consideration: DIRECT STAFFORD LOAN | | | | 8,500.00 |
| ACCOUNT NO. 5272<br>U.S. DEPT OF ED.<br>FEDLOAN SERVICING<br>P.O. BOX 530210<br>ATLANTA, GA 30353 | | | Incurred: 8/2011<br>Consideration: STUDENT STAFFORD LOAN | | | | 13,671.00 |
| ACCOUNT NO. 5272<br>U.S. DEPT OF ED.<br>FEDLOAN SERVICING<br>P.O. BOX 530210<br>ATLANTA, GA 30353 | | | Incurred: 8/2011<br>Consideration: DIRECT STUDENT PLUS LOAN | | | | 18,696.00 |
| ACCOUNT NO. 5272<br>U.S. DEPT OF ED.<br>FEDLOAN SERVICING<br>P.O. BOX 530210<br>ATLANTA, GA 30353 | | | Incurred: 8/2010<br>Consideration: DIRECT STAFFORD LOAN | | | | 8,500.00 |

Sheet no. 3 of 4 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ 60,970.00

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  MURPHY, CHARLES TIMOTHY  ,              Case No.  13-14888
            **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5272<br><br>U.S. DEPT OF ED.<br>FEDLOAN SERVICING<br>P.O. BOX 530210<br>ATLANTA, GA 30353 | | | Incurred: 8/2010<br>Consideration: DIRECT STAFFORD LOAN | | | | 14,489.00 |
| ACCOUNT NO. 0005<br><br>CITY OF CLEVELAND<br>3040 QUIGLEY ROAD<br>CLEVELAND, OHIO 44143 | | | Incurred: 7/18/2014<br>Consideration: Traffic Camera Violation | | | | 100.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __4__ of __4__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤  $ 14,589.00

Total➤  $ 182,753.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)