# CERTIFICATE OF SERVICE

I certify that on October 13, 2014, a true and correct copy of Charles T. Murphy III's Second Amended Schedule F, Third Amended Summary of Schedules, Third Amended Statistical Summary, and Third Amended Declaration Concerning Debtor's Schedules were served:

Marvin A. Sicherman, on behalf of the Chapter 7 Trustee's office via the ECF system at sicherman_trustee@dsb-law.com and msicherman@ecf.epiqsystems.com

I further certify that on October 13, 2013, a true and correct copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines, and Notice of Assets and Request for Proof of Claims has been submitted to:

City of Cleveland
3040 Quigley Road
Cleveland, Ohio 44113

/s/ Wesley A. Johnston
Wesley A. Johnston (0061166)
1714 Boardman Poland Road Suite #9
Poland, Ohio 44514
Phone: (330) 746-6301
Fax: (330) 743-3559
Email: wesleyajohnston@gmail.com
Attorney for Charles Timothy Murphy