```
                              United States Bankruptcy Court
                                Northern District of Ohio
In re:                                                            Case No. 14-14888-pmc
Charles Timothy Murphy                                            Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0647-1           User: admin                  Page 1 of 1                  Date Rcvd: Oct 13, 2014
                               Form ID: 177a                Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2014.
db           +Charles Timothy Murphy,    855 South Green Road,    South Euclid, OH 44121-3450
23187244     +CARDINAL CU8500 WESTPORT DRIVE,    MENTOR, OHIO 44060,    DISCOVER FIN,    P.O. BOX 6103,
               CAROL STREAM, IL 60197-6103
23187252     +CLEVELAND DIVISON OF WATER,    P.O. BOX 94540,    CLEVELAND, OH 44101-4540
23187250     +CSU PARKING SERVICES,    2121 EUCLID AVENUE EC 160,    CLEVELAND, OH 44115-2214
23187251     +GL LOAN SERVICING,    400 FIFTH AVENUE # 600,    WALTHAM, MA 02451-8728
23187253     +NORTHEAST OHIO REGIONAL SEWER DISTRICT,    P.O. BOX 94550,    CLEVELAND, OHIO 44101-4550
23187254     +SALLE MAE, INC.,    P. O. BOX 9533,    WILKES-BARRE, PA 18773-9533
23187249     +THD/CBNA,    P.O. BOX 790328,    ST. LOUIS, MO 63179-0328
23187256     +U.S. DEPT OF ED.,    FEDLOAN SERVICING,    P. O. BOX 530210,    ATLANTA, GA 30353-0210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            EDI: QMASICHERMAN.COM Oct 13 2014 20:13:00      Marvin A Sicherman,
               1801 East 9th Street - Suite 1100,    Cleveland, OH  44114-3169
ust          +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Oct 13 2014 20:07:46     Cynthia J. Thayer,
               US Department of Justice,    201 Superior Avenue,    Suite 441,    Cleveland, OH 44114-1234
cr           +E-mail/Text: bankruptcy@huntington.com Oct 13 2014 20:07:48      Huntington National Bank,
               PO Box 89424,    Cleveland, OH 44101-6424
23187246     +EDI: BANKAMER.COM Oct 13 2014 20:13:00      BK OF AMER,    P.O. BOX 15019,
               WILIMINGTON, DE 19886-5019
23187245     +EDI: CAPITALONE.COM Oct 13 2014 20:13:00      CAP ONE,    P.O. BOX 6492,
               CAROL STREAM, IL 60197-6492
23187247     +EDI: CHASE.COM Oct 13 2014 20:13:00      CHASE,    P.O. BOX 15153,    WILMINGTON, DE 19886-5153
23187248     +EDI: CITICORP.COM Oct 13 2014 20:13:00      CITI,    P.O. BOX 6500,    SIOUX FALLS, SD 57117-6500
23187243     +E-mail/Text: bankruptcy@huntington.com Oct 13 2014 20:07:48      HUNTINGT MTG,    P.O. BOX 1558,
               COLUMBUS, OHIO 43216-1558
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23187255*    +SALLE MAE, INC.,    P. O. BOX 9533,    WILKES-BARRE, PA 18773-9533
23187257*    +U.S. DEPT OF ED.,    FEDLOAN SERVICING,    P .O. BOX 530210,    ATLANTA, GA 30353-0210
23187258*    +U.S. DEPT OF ED.,    FEDLOAN SERVICING,    P.O. BOX 530210,    ATLANTA, GA 30353-0210
23187259*    +U.S. DEPT OF ED.,    FEDLOAN SERVICING,    P.O. BOX 530210,    ATLANTA, GA 30353-0210
23187260*    +U.S. DEPT OF ED.,    FEDLOAN SERVICING,    P.O. BOX 530210,    ATLANTA, GA 30353-0210
23187261*    +U.S. DEPT OF ED.,    FEDLOAN SERVICING,    P.O. BOX 530210,    ATLANTA, GA 30353-0210
23187262*    +U.S. DEPT OF ED.,    FEDLOAN SERVICING,    P.O. BOX 530210,    ATLANTA, GA 30353-0210
23187263*    +U.S. DEPT OF ED.,    FEDLOAN SERVICING,    P.O. BOX 530210,    ATLANTA, GA 30353-0210
                                                                                 TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2014 at the address(es) listed below:
              Marvin A Sicherman    sicherman_trustee@dsb-law.com, msicherman@ecf.epiqsystems.com
              Wesley Alton Johnston    on behalf of Debtor Charles Timothy Murphy wesleyajohnston@gmail.com
                                                                                              TOTAL: 2
```

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 14−14888−pmc**

**In re: (Name of Debtor)**
  Charles Timothy Murphy
  855 South Green Road
  South Euclid, OH 44121

**Social Security No.:**
  xxx−xx−5371

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

Last date to file claims: **January 20, 2015**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** October 13, 2014                                      For the Court
Form ohnb177                                           Kenneth J. Hirz, Clerk