# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-14888 |
| | ) | |
| Murphy, Charles Timothy | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge:  Pat E. Morgenstern-Clarren |
| | ) | |

## MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting:    10/20/14                          Time:        12:00 PM

Debtor(s)' Attorney:    SE, PRO

Examination Conducted by:
   Interim Trustee:    Marvin Sicherman              ( X )
   Elected Trustee:    _____  (   )    Disputed?  (   )
   Other:    _____  (   )

### Results of Meeting:

| | |
|---|---|
| Held      ( X ) | Not Held      (   ) |
| Concluded      ( X ) | Debtor Failed to Appear          (   ) |
| Continued      (   ) | Attorney Failed to Appear          (   ) |
| Date:  _____ | Rescheduled:  yes (   ) no      (   ) |
| Time:  _____ | At §341 (   ) Prior to §341 (   ) |

Date:  _____
Address Changed to:                                  Time:  _____

_____

Address Correct  (   )

Motion to Dismiss to Follow  (   )
Other:  See Comments: (   )
707(b) Review:

| Case Determined to be: | Asset | (   ) | No Action Required  (   ) |
|---|---|---|---|
| | No-asset | (   ) | Recommend UST Action  (   ) |
| | Undetermined | ( X ) | (see below/letter to follow) |

Creditors Present:
   Creditor                    Representative                         Address & Phone

_____

_____

_____

Comments:

_____

_____

/s/ Marvin Sicherman
Panel Trustee